**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**DORIS BAKER DENSON,**

    **Plaintiff,**

v.                                                   **CASE NO. 3:08-cv-112-J-16TEM**

**RONALD O. CARSON, and FOURTH
JUDICIAL CIRCUIT COURT, Clay County,
Florida, Div E,**

    **Defendants.**

_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed May 13, 2008 (Doc. #8). Plaintiff filed a Reply to Report and Recommendation on May 16, 2208 (Doc. #12). Plaintiff fails to state any grounds on which her complaint can properly be pursued and fails to address any of the deficiencies delineated in the Report and Recommendation.

Therefore, after an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant ot 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 20th day of May, 2008.

Copies to:
    Counsel of record
    Pro Se Parties

JOHN H. MOORE II
United States District Judge